UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARTHUR EDWARD SMITH,

    Plaintiff,

v.                                                   Case No.:   2:22-cv-340-SPC-NPM

JP MORGAN BANK, NA, JP
MORGAN CHASE & CO. and
UNNAMED CHASE BANK
ASSOCIATES 1, 2, AND 3,

    Defendants.
_____/

## **ORDER**[1]

Before the Court is a sua sponte review of the case. Plaintiff neither paid the filing fee nor moved to proceed *in forma pauperis* ("IFP"). He must do one of those if he wants to pursue this action.

"The clerk of each district court shall require the parties instituting any civil action, suit or proceeding . . . to pay a filing fee" plus any prescribed "additional fees." 28 U.S.C. § 1914(a)-(b). The current total fees are $402. If Plaintiff cannot pay the fees, he may seek to proceed IFP. 28 U.S.C. § 1915(a)(1). Should Plaintiff choose the IFP route, he must complete and file

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

an Affidavit of Indigency (while otherwise complying with the statute).[2] *Id.* Either way, the Court encourages Plaintiff to retain counsel or—at a minimum—consult the Court's Guide for Proceeding Without a Lawyer.[3]

Accordingly, it is now

**ORDERED:**

1. Plaintiff must **PAY** the filing fee **on or before July 5, 2022**. **Alternatively**, Plaintiff may **FILE** an Affidavit of Indigency and otherwise comply with 28 U.S.C. § 1915 **by that same date**.

2. **If Plaintiff does not comply with this Order, the Court will dismiss this action without further notice**.

**DONE** and **ORDERED** in Fort Myers, Florida on June 3, 2022.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[2] *Available at*, https://www.uscourts.gov/sites/default/files/ao239_1.pdf.

[3] *Available at*, https://www.flmd.uscourts.gov/sites/flmd/files/documents/flmd-guide-for-proceeding-without-a-lawyer.pdf.