UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARTHUR EDWARD SMITH,

     Plaintiff,

v.                                  Case No.:  2:22-cv-340-SPC-NPM

JPMORGAN CHASE BANK, N.A.,

     Defendant.

_____/

**<u>ORDER</u>**[1]

    This matter comes before the Court on sua sponte review of the file.  On April 17, 2023, the Court dismissed Plaintiff Arthur Smith's Amended Complaint.  (Doc. 14).  In its Order, the Court directed Plaintiff to file a Second Amended Complaint on or before May 1, 2023.  (Doc. 14).  The Court expressly noted in its Order that failure to file a Second Amended Complaint on or before the May 1, 2023, deadline "will cause the Court is dismiss this action."  (Doc. 14).

    The May 1, 2023, deadline has passed, and Smith has not filed a Second Amended Complaint.

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them.  The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

Accordingly, it is now

**ORDERED:**

1. Plaintiff Smith's Amended Complaint (Doc. 23) is **DISMISSED**.

2. The Clerk is **DIRECTED** to deny any pending motions, terminate all

   deadlines, enter judgment, and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida on May 15, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2